■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COLLIN WOODLEY, Appellant. [633 NYS2d 991] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated December 23, 1991 *(People v Woodley,* 178 AD2d 626), affirming a judgment of the Supreme Court, Suffolk County, rendered August 9, 1990, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Mangano, P. J., Sullivan, Rosenblatt and O'Brien, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALYTON WRIGHT, Appellant. [633 NYS2d 992] Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gerges, J.), rendered April 20, 1994, convicting him of murder in the second degree (four counts), attempted murder in the second degree, and robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court properly denied the defendant's motion to set aside the verdict pursuant to CPL 330.30 on the ground of newly-discovered evidence *(see, People v Salemi,* 309 NY 208, *cert denied* 350 US 950; *People v Lane,* 212 AD2d 637; *People v Fielder,* 154 AD2d 388). Rosenblatt, J. P., Pizzuto, Altman and Hart, JJ., concur.